# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Leonardi Rosales-Antunes**<br>YOB: 1982; Citizen of Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-03627MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 6, 2019, at or near Lukeville, in the District of Arizona, **Leonardi Rosales-Antunes**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on November 2, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Leonardi Rosales-Antunes** is a citizen of Honduras. On November 2, 2017, **Leonardi Rosales-Antunes** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On December 6, 2019, agents found **Leonardi Rosales-Antunes** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Leonardi Rosales-Antunes** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
    Being duly sworn, I declare that the foregoing is
    true and correct to the best of my knowledge.
LMG2/JJO
AUTHORIZED AUSA /s/Liza Granoff LWG

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE

Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]  *Leslie A. Bowman*

DATE: December 9, 2019

[1] See Federal rules of Criminal Procedure Rules 3 and 54